

ROBERT M. SILVERMAN
CRAIG THOR KIMMEL

Member, PA Bar
Member, NJ Bar
Member, DE Bar
Member, NY Bar
Member, MA Bar
Member, MD Bar
Member, OH Bar
Member, MI Bar
Member, NH Bar
Member, CT Bar
Member, TN Bar
Member, WY Bar
Member, DC Bar

JACQUELINE C. HERRITT
ROBERT A. RAPKIN
AMY L. BENNECOFF
TARA L. PATTERSON
ANGELA K. TROCCOLI
CHRISTINA GILL ROSEMAN
FRED DAVIS
RICHARD A. SCHOLER
W. CHRISTOPHER COMPONOVO
SARAH YOUNG
TIMOTHY J. ABEEL, JR.

www.CREDITLAW.com
(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

**DELAWARE**, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
**NEW ENGLAND**, 60 Hartford Pike, P.O. Box 325, Dayville, CT 06241, (860) 866-4380
**NEW JERSEY**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
**NEW YORK**, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
**W. NEW YORK**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
**W. PENNSYLVANIA**, 210 Grant Street, Suite 202, Pittsburgh, PA 15219, (412) 566-1001
Please reply to CORPORATE HEADQUARTERS

November 26, 2012

*via First Class Mail and Facsimile (570-821-4009)*

Honorable Malachy Mannion, Chief Magistrate Judge
United States District Court
    Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

      Re:    Christine Uporsky v. Hayt, Hayt & Landau
              Docket No. 3:11-cv-01140-MEM

Dear Judge Mannion:

    I am writing to advise that the parties have reached a settlement in the above-captioned matter. Plaintiff will be filing a stipulation of dismissal upon receiving the executed release from Defendant, which should be within the next fifteen (15) days.

    Thank you for your attention to this matter.

                              Respectfully submitted,

                              Tara L. Patterson

cc: Kenneth Ebner, Counsel for Defendant (*via* Email only)

*"When Debt Collectors called you, they never expected you to call us"*
© Copyright 2009-2010 All Rights Reserved, Kimmel & Silverman, P.C.