**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTINE UPORSKY,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-1140 |
| v | : | (MANNION, M.J.) |
| **HAYT, HAYT & LANDAU, LLC.** | : | |
| Defendant | : | |

## ORDER

Counsel for the parties having reported to the court that this case has been resolved and settled, **IT IS ORDERED THAT** this action be dismissed without costs and without prejudice to the right of either party upon good cause shown to apply for reinstatement of the action within sixty (60) days of the date of this order if settlement has not been consummated.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States Magistrate Judge**

**DATED: November 30, 2012**
O:\shared\ORDERS\2011 ORDERS\11-1140-16.wpd